UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARIO A. AGOSTINI, :
    Plaintiff :
     :
    v. : CIVIL NO. 1:14-cv-2234
     :
CRAIG LOWE, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 30th day of July, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 50), filed July 2, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 50) is adopted.

    2. Defendants' motions to dismiss (Docs. 26 and 45) are GRANTED.

    3. Plaintiff is granted leave to file a second amended complaint. The second amended complaint must be filed within 30 days of the date of this order, or by August 31, 2015.

    4. The above-captioned matter is remanded to the magistrate judge for further proceedings, including a report and recommendation on any dispositive motions that may be filed.

                                           /s/ William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge