UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO A. AGOSTINI, : | |
|     Plaintiff : | |
| : | |
| v. : | CIVIL NO. 1:14-CV-02234 |
| : | |
| CRAIG LOWE, *et al.*, : | |
|     Defendants : | |

*O R D E R*

AND NOW, this 5th day of January, 2016, upon consideration of the report and recommendation of Magistrate Judge Schwab (Doc. 70), filed on December 9, 2015, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. Magistrate Judge Schwab's report and recommendation is ADOPTED.

2. Defendants' motions to dismiss (Doc. 57; Doc. 62) are GRANTED.

3. Plaintiff's second amended complaint (Doc. 56) is DISMISSED WITH PREJUDICE.

3. The clerk shall close this file.

                                         /s/William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge